IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02439-RPM

TEAMSTERS LOCAL UNION NO. 455,
INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
a labor organization,

      Plaintiff,

v.

U.S. FOODSERVICE, INC., a Delaware corporation,

      Defendant.

___

## ORDER FOR DISMISSAL

      Pursuant to the Stipulation of Dismissal [14] filed January 19, 2012, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own fees and expenses.

      Dated: January 20th, 2012.

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior District Judge